COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      GE Oil & Gas Pressure Control, L.P. v. Carrizo Oil & Gas, Inc.

Appellate case number:   01-21-00285-CV

Trial court case number:  2014-24754

Trial court:                    165th District Court of Harris County

This appeal was previously set for submission with oral argument on January 25, 2023. The Court orders that this case be reset for submission with oral argument on Tuesday, April 18, 2023 at 1:30 p.m. The parties are directed to refer to the submission notice from this Court's Clerk's Office for further details.

In reviewing this case in anticipation of oral argument, the Court requests supplemental briefing. Both the appellant and the appellee are ordered to submit a letter brief not to exceed 5,000 words informing this Court whether Carrizo Oil & Gas, Inc. contends that it has standing under the doctrine of equitable subrogation, *see Frymire Eng'g Co., Inc. ex rel. Liberty Mut. Ins. Co. v. Jomar Int'l, Ltd.*, 259 S.W.3d 140, 142 (Tex. 2008), or as a stakeholder, *see Pike v. Tex. EMC Mgmt., LLC*, 610 S.W.3d 763, 778 (Tex. 2020), and if so, has Carrizo Oil & Gas waived these contentions if they are waivable.

The parties' briefs are due no later than March 27, 2023.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                            ☑ Acting individually     ☐ Acting for the Court

Date:    ___February 9, 2023_____